# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: Jared Joseph Morales | Case No.: 10–30229 TEC 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is given** the debtor(s) having failed to comply with this court's ORDER EXTENDING TIME FOR FILING SCHEDULES AND STATEMENTS , filed on February 10, 2010 , it is ordered that this case is hereby **dismissed**.

Dated: 2/24/10

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge